# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| LARRY THOMAS O'BRIEN, | : |
| v. | : |
| WILSON PAULK, et al., | : Civil Action No. 7:11-cv-75 (HL) |
| Defendants. | : |

## ORDER

Before the Court is the Plaintiff's motion for reconsideration of the Court's order denying his motion to proceed in forma pauperis and dismissing his case without prejudice (Doc. 10) and his motion to vacate the judgment (Doc. 11). Plaintiff's petition to proceed in forma pauperis was denied because Plaintiff exceeded the three "strikes" allowed by the Prison Litigation Reform Act. At least six of Plaintiff's civil cases have been dismissed as frivolous or for failure to state a claim. Plaintiff did not show that he was entitled to the "imminent danger of serious physical injury" exception to the three "strikes" rule.

Plaintiff's motion for reconsideration makes the allegation that his identity was stolen, but the cases involving the alleged impersonator were criminal, not civil. His motion to vacate the judgment states that an imminent danger of physical injury exists because various government agencies are aware of the jail conditions. None of the reasons asserted by the Plaintiff are cause to grant his motions for reconsideration or to vacate the judgment. The motions (Doc. 10 and 11) are accordingly denied.

**SO ORDERED**, this the 11th day of July, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc